Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
MICHELLE LOUISE MASSA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LOUISE MASSA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:22-cv-00292-JDP (SS)<br><br>ORDER ON JOINT MOTION FOR EXTENSION OF TIME AND MODIFICATION OF SCHEDULING ORDER |

For good cause shown, the Joint Motion for Extension of Time and Modification of Scheduling Order, ECF No. 11, is GRANTED.

IT IS SO ORDERED that:

1. Plaintiff's time to file her motion for summary judgment is extended by 45 days from August 1, 2022, to September 15, 2022.

2. Within 45 days of service of plaintiff's opening brief, defendant shall file a responsive brief as well as any cross motions.

3. Within 15 days of filing of defendant's brief, plaintiff may file the optional reply brief and shall respond to any cross motions.

4. Any motions for attorney fees shall be filed within 30 days of entry of final judgment. If any motion for attorney fees is not stipulated by the parties, the nonmoving party must file an opposition or statement of non-opposition within 30 days.

5. All references to the record and all assertions of fact must be accompanied by citations to the record. The parties' briefs should not include recitations of the facts. Instead, the parties should focus on addressing arguments. Arguments in support of or in opposition to each claim of error must be supported by citations to legal authority and explanations of the application of such authority to the facts. Briefs that do not substantially comply with these requirements may be stricken.

6. Requests for modification of this briefing schedule will not routinely be granted. Any such request must be made by motion—preferably stipulated—and will be granted only for good cause. A motion for a modification brought on the filing deadline will be looked on with disfavor. Local Rule 144(d).

7. Violations of this order or of the federal rules of procedure or the Local Rules may result in sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   July 28, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE