|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | PETER K. THOMPSON, HI 5890<br>Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELLINOR R. CODER, CA 258258 |
| 4 | Special Assistant United States Attorney<br>    160 Spear Street, Suite 800 |
| 5 |     San Francisco, California 94105<br>    Telephone: (510) 970-4814 |
| 6 |     E-Mail: Ellinor.Coder@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MICHELLE LOUISE MASSA, | ) Case No. 2:22-cv-00292-JDP |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 3rd day of August, 2022.

> /s/ Robert Weems*
> ROBERT WEEMS
> Attorney for Plaintiff
> *Authorized by email on August 3, 2022
>
> PHILLIP A. TALBERT
> United States Attorney
> PETER K. THOMPSON
> Acting Regional Chief Counsel, Region IX
> Social Security Administration
>
> By:   /s/ Ellinor R. Coder
> ELLINOR R. CODER
> Special Assistant United States Attorney
>
> Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:   August 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND